UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KELVIN SETTLE, )
　)
　　Movant, )
　)
　v. ) No. 4:15CV1245 JCH
　)
UNITED STATES OF AMERICA, )
　)
　　Respondent, )

## MEMORANDUM AND ORDER

Movant has filed a fourth successive motion to vacate under 28 U.S.C. § 2255. Movant is wasting the Court's resources by filing repeated and duplicative motions to vacate. The Court summarily dismissed movant's first three successive motions. See Settle v. United States, 4:14CV1178 JCH (E.D. Mo.); Settle v. United States, 4:13CV1852 JCH (E.D. Mo.); Settle v. United States, 4:12CV1543 JCH (E.D. Mo.). The instant motion must be dismissed for the same reason as those cases, i.e., because movant has not obtained permission from the Court of Appeals to file a successive motion. See 28 U.S.C. § 2255(h).

Movant is again warned that the Court may impose sanctions on litigants who deliberately waste the Court's resources.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that movant's motion for leave to proceed in forma pauperis [Doc. 2][1] and motion to expedite [Doc. 3] are **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

---

[1] There is no filing fee in actions filed under 28 U.S.C. § 2255.

Dated this 1st day of September, 2015.

                                              \s\ Jean C. Hamilton
                                   UNITED STATES DISTRICT JUDGE